United States District Court
Southern District of Texas
**ENTERED**
July 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEX CHADWELL, </br></br>Plaintiff, </br></br>v. </br></br>THE OFFICE OF CONGRESSMAN TROY NEHLS, </br></br>Defendant. | Civil Action No. 4:25-cv-02282 |

## SCHEDULING ORDER

1. April 25, 2024 (per Office of Congressional Workplace Rights Procedural Rule § 4.08(d))

   **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. January 30, 2026

   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. March 6, 2026

   Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3. April 10, 2026

   **DISCOVERY**
   Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

| | |
|---|---|
| 4. July 31, 2026 | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement. |
| 5a. October 2, 2026 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 5b. October 16, 2026 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. October 30, 2026 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. November 2, 2026 | **TRIAL** is set at 9:00 a.m. in Courtroom 9A. Case is subject to being called to trial on short notice during the two-week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on 7/25/25, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge