Case 4:25-cv-02282   Document 34   Filed 02/13/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| ALEX CHADWELL,<br><br>Plaintiff,<br><br>v.<br><br>THE OFFICE OF<br>CONGRESSMAN TROY NEHLS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:25-cv-02282<br>)<br>)<br>)<br>)<br>)<br>) |

### AMENDED SCHEDULING ORDER

It is hereby Ordered that the Parties shall adhere to the following schedule:

1. <u>April 25, 2024 (no change)</u>    **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**

   Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. <u>March 16, 2026</u>    Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. <u>April 30, 2026</u>    Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3. <u>May 25, 2026</u>    **DISCOVERY**

   Counsel may, by agreement continue discovery beyond the

|   |   |
|---|---|
|   | deadline. No continuance will be granted because of information acquired in post−deadline discovery. |
| 4. <u>July 31, 2026</u> | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement. |
|   | **JOINT PRETRIAL ORDER** |
| 5a. October 2, 2026 | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 5b. October 16, 2026 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. October 30, 2026 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. November 2, 2026 | **TRIAL** is set at 9:00 a.m. in Courtroom 9A.<br>Case is subject to being called to trial on short notice during the two-week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on February 13, 2026, at Houston Texas.

_____
Alfred H. Bennett
United States District Judge

6