United States District Court
Southern District of Texas

**ENTERED**

March 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEX CHADWELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02282 |
| | § | |
| THE OFFICE OF REPRESENTATIVE | § | |
| TROY NEHLS, US HOUSE OF | § | |
| REPRESENTATIVES, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal filed on March 16, 2026.

Doc. #37.    In accordance with the Joint Stipulation of Dismissal and pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITH

PREJUDICE, with each party to bear its own costs.

It is so ORDERED.

**MAR 1 7 2026**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge